# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| CHABELLY MARIE ORTIZ,<br><br>Plaintiff,<br><br>-vs-<br><br>REALPAGE, INC. d/b/a LEASINGDESK SCREENING<br><br>Defendant. | CASE NO. 2:24-cv-00037-JLB-NPM |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, REALPAGE, INC. d/b/a LEASINGDESK SCREENING

COMES NOW Plaintiff, CHABELLY MAIRE ORTIZ, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, REALPAGE, INC. d/b/a LEASINGDESK SCREENING, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of February, 2024.

1

/s/ **Frank H. Kerney, III, Esq.**
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
412 E. Madison St. Ste 916
Tampa, Florida 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@TheConsumerLawyers.com
Attorney for Plaintiff

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 26th day of February, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ **Frank H. Kerney, III, Esq.**
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
*Attorney for Plaintiff*

2